IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

| | |
|---|---|
| PARVIZ NAWAB, | ) |
| | ) |
| Plaintiff, | ) Case No.: 5:12-cv-000132-WTH-TBS |
| v. | ) |
| MIDLAND CREDIT MANAGEMENT, INC., | ) |
| Defendant. | ) |

Plaintiff, Parviz Nawab, and Defendant, Midland Credit Management, Inc. ("Midland"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Midland should be dismissed, with prejudice, with each party to bear its own costs.

This 1st day of May, 2012.

**PLAINTIFF PARVIZ NAWAB**

By: _____
Parviz Nawab
100 N.W. 23rd Avenue
Ocala, Florida 34475

**DEFENDANT MIDLAND CREDIT MANAGEMENT, INC.**

By: _____
J. Anthony Love
FL Bar No. 67224
KING & SPALDING LLP
1180 Peachtree Street, NE
Atlanta, Georgia 30309
Tel: (404) 572-4600
Fax: (404) 572-5100
Email: TLove@kslaw.com

1